UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO A. DE' LEON,

    Petitioner,

vs.

ROBERT E. HOREL, Warden; JAMES TILTON, Director, CDCR; and JERRY BROWN, Attorney General,

    Respondents.

No. C 07-0156 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case filed pro se by a state prisoner. The court's order of dismissal with leave to amend was returned as undeliverable with a notation that petitioner was discharged. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: 2/2/10

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.07\DELEON156.DSM-MAIL.wpd